1    DAVID L. ANDERSON (CABN 149604)
     United States Attorney
2    SARA WINSLOW (DCBN 457643)
     Chief, Civil Division
3    NEAL C. HONG (ILBN 6309265)
     Assistant United States Attorney
4
          450 Golden Gate Avenue, Box 36055
5         San Francisco, California 94102-3495
          Telephone: (415) 436-7246
6         Facsimile: (415) 436-6748
          neal.hong@usdoj.gov
7
     Attorneys for Defendants
8

9    FUERZA IMMIGRATION LAWYERS LLP
     KEVIN M. CRABTREE (SBN 238162)
10   kevin@fuerzalawyers.com
     428 13th Street, 6th Floor
11   Oakland, CA 94612
     Tel. 510-834-1288
12   Fax 510-834-0431

13   Attorney for Plaintiffs

14
                          UNITED STATES DISTRICT COURT
15
                        NORTHERN DISTRICT OF CALIFORNIA
16
                                OAKLAND DIVISION
17

18   MANUEL MORILLON GONZALEZ and        )   No. 20-CV-7805 HSG
     MARIA EVELYN ABREGO;                )
19                                       )
          Plaintiffs,                    )   **STIPULATION TO BRIEFING SCHEDULE;**
20                                       )   **ORDER**
          v.                             )
21                                       )
     CHAD WOLF, Acting Secretary, U.S.   )
22   Department Of Homeland Security, *et al.*,  )
                                         )
23        Defendants.                    )
                                         )

24
          Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel,

25
     hereby stipulate and respectfully request the Court to grant the parties' proposed filing dates and briefing

26
     schedule. In support of this request, the parties state the following:

27
          1.    Plaintiffs filed their complaint on November 5, 2020.
28

STIPULATION TO BRIEFING SCHEDULE AND ORDER
20-CV-7805 HSG                                    1

1    2.    Defendants' Answer currently is due January 8, 2021.

2    3.    The parties intend to file Motions for Summary Judgment.

3    4.    The parties request the following filing and briefing dates:

4    Defendants' Answer:                                      January 15, 2021

5    Service of the Certified Administrative Record           January 22, 2021

6    Motions for Summary Judgment                             February 26, 2021

7    Oppositions                                              March 19, 2021

8    Replies                                                  April 2, 2021

9    IT IS SO STIPULATED.

10   DATED: January 6, 2021                    Respectfully submitted,

11                                             DAVID L. ANDERSON
                                               United States Attorney
12
                                               *s/ Neal Hong*
13                                             NEAL C. HONG
                                               Assistant United States Attorney
14
                                               *Attorneys for Defendants*
15

16
     DATED: January 6, 2021
17                                             *s/ Kevin Crabtree*
                                               KEVIN M. CRABTREE
18                                             Attorney
                                               FUERZA IMMIGRATION
19                                             LAWYERS LLP
                                               *Attorney for Plaintiffs*
20

21

22

23

24

25

26

27

28

STIPULATION TO BRIEFING SCHEDULE AND ORDER
20-CV-7805 HSG                                  2

1

**ORDER**

2    The Court GRANTS the parties' requests.   It is hereby ordered that the following schedule shall

3  apply:

4    Defendants' Answer:                                      January 15, 2021

5    Service of the Certified Administrative Record          January 22, 2021

6    Motions for Summary Judgment                            February 26, 2021

7    Oppositions                                             March 19, 2021

8    Replies                                                 April 2, 2021

9    IT IS SO ORDERED

10

11  DATED:  1/7/2021

12                                          _____

13                                          HAYWOOD S. GILLIAM, JR.
                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO BRIEFING SCHEDULE AND ORDER
20-CV-7805 HSG                                             3