DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    Facsimile: (415) 436-6748
    neal.hong@usdoj.gov

Attorneys for Defendants

FUERZA IMMIGRATION LAWYERS LLP
KEVIN M. CRABTREE (SBN 238162)
kevin@fuerzalawyers.com
428 13th Street, 6th Floor
Oakland, CA 94612
Tel. 510-834-1288
Fax 510-834-0431

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MANUEL MORILLON GONZALEZ and MARIA EVELYN ABREGO;<br><br>    Plaintiffs,<br><br>    v.<br><br>CHAD WOLF, Acting Secretary, U.S. Department Of Homeland Security, *et al.*,<br><br>    Defendants. | No. 20-CV-7805 HSG<br><br>**STIPULATION TO EXTENDED BRIEFING SCHEDULE; AND ORDER** |

    Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate and respectfully request the Court to grant the parties' proposed extended filing dates and briefing schedule. In support of this request, the parties state the following:

    1.    On January 6, 2020, the parties submitted a joint briefing schedule stipulation and

proposed order to the Court for the following dates:

| | |
|---|---|
| Defendants' Answer: | January 15, 2021 |
| Service of the Certified Administrative Record | January 22, 2021 |
| Motions for Summary Judgment | February 26, 2021 |
| Oppositions | March 19, 2021 |
| Replies | April 2, 2021 |

2. On January 7, 2020, the Court granted the parties' requested schedule.

3. On January 12, 2020, the parties discussed possibly resolving this case. Defendants are actively exploring possible administrative resolutions.

4. Accordingly, the parties respectfully request a 30-day extension to the previously approved schedule. The parties respectfully request the following dates:

| | |
|---|---|
| Defendants' Answer and Service of the Certified Administrative Record: | February 15, 2021 |
| Motions for Summary Judgment | March 29, 2021 |
| Oppositions | April 19, 2021 |
| Replies | May 3, 2021 |

IT IS SO STIPULATED.

DATED: January 12, 2021                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*s/ Neal Hong*
NEAL C. HONG
Assistant United States Attorney

*Attorneys for Defendants*

DATED: January 12, 2021

*s/ Kevin Crabtree*
KEVIN M. CRABTREE
Attorney
FUERZA IMMIGRATION
LAWYERS LLP
*Attorney for Plaintiffs*

**ORDER**

The Court GRANTS the parties' request for an extension.  It is hereby ordered that the following schedule shall apply:

| | |
|---|---|
| Defendants' Answer and Service of the Certified Administrative Record: | February 15, 2021 |
| Motions for Summary Judgment | March 29, 2021 |
| Oppositions | April 19, 2021 |
| Replies | May 3, 2021 |

IT IS SO ORDERED

DATED:  1/13/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge